| United States District Court for the Southern District of New York 500 Pearl Street New York, NY 10007 - 1312 |  |
| --- | --- |
| In Re; **Redemption of Khanna** *On and for the behalf of the* UNITED STATES | |
| **Certificate of Exigent Circumstances Rule B(1)(c)** | |

**COMES NOW**, Khanna of the family PUGACH and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa. The law is clear - one must make demand for lawful money clear to the Treasury of the United States or at any Federal Reserve bank. Evidence of Khanna's demands for lawful money are integrated fully in this Certificate of Exigent Circumstances.

The State of New Jersey is billing Khanna PUGACH for an alleged tax liability that New York has already assessed accurately and has refunded the correct amount due. The billing, titled STATEMENT OF ACCOUNT *UNDERPAYMENT*, dated August 2, 2023 is returned to Principal Janet Louise YELLEN at the US Treasury with the NJ agent copied along with the Federal Reserve Bank of New York. Most significantly is that the Comptroller of the New Jersey Treasury, Kevin D. WALSH is subject to summary garnishment of his personal stipend should WALSH allow this billing and harassment to continue.

US Postal Money Order, Instrument #28525968516 for $49 is included for filing and publication on PACER of this Certificate of Exigent Circumstances.

While nobody questions New Jersey has an interest in the New York (commuter) revenue, this blending of interests is highly irregular and unique. New Jersey is not a party in interest to the revenue Khanna earns in New York. Furthermore, WALSH is making an illegal claim based in railroading the NJ 1040 form of reporting, specifying that the filer cannot stipulate negative amounts with a minus sign or brackets around the boxed numbers. Instead the boxes are tabulated to the left, that are negative numbers and so Khanna has properly used the form for the correct mathematics by striking through an otherwise dedicated negative amount. WALSH is intentionally (through agency?) misreading Khanna's tax return (the NJ 1040 form). This tag team billing is conspiracy and criminal syndicalism, a combination in fact that makes it very difficult to see the truth. Fraudulent racketeering among two States in collusion.

Exigent circumstances make court review impracticable. Chief Judge Laura Taylor SWAIN has a deviant oath of office. Her oath is refused for cause specifying the alteration that affects her fidelity bond. Any attorney knows that, "So help me God." prescribed by Congress is different than "SO HELP ME GOD." as found on Laura Taylor SWAIN's oath of office, herein Refused for Cause. Therefore the Comptroller of the Treasury for New Jersey Kevin D. WALSH is personally liable for this inappropriate billing and stands without immunity to property seizure and lien. Khanna PUGACH is providing the record this Certificate of Exigent Circumstances to dissuade any further billing by Kevin D. WALSH and the New Jersey Department of Revenue. The deviant oath of Laura Taylor SWAIN stands evidence that no court review is practicable should Kevin D. WALSH request an E(4)(f) hearing regarding garnishment on his personal wages. There is no need to go further than the fidelity bonding by the Chief Judge for the United States District Court utilized for conduit and it is easily assumed that all the subordinate judges of the district are equally central bank tellers fraudulently pretending to be judicial officers.

With the refund in place, and demand made for lawful money according to law, it is presumed that this Certificate of Exigent Circumstances will stop, cease and desist any further billing actions by New Jersey and any other disinterest parties for the tax year 2022 and otherwise. Khanna's right to be redeemed is absolute. "They" in "They shall be redeemed in lawful money by demand..." easily relates to people, rather than *Federal Reserve bank notes* from two sentences earlier in the herein cited banking law. Khanna is redeemed.

_Khanna_
Khanna

Signature of Notary Public
My commission expires _3/7/2024_

STATE OF _NY_
COUNTY OF _NY_

Sworn to (or affirmed) and subscribed before me
this _21_ day of _Aug_, 20_23_
by _Khanna Hussain_

Notary Public's Signature          Notary Name _Alexander Liu_
My Commission Expires _3/7/2024_

ALEXANDER F LIU
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LI6338309
Qualified in New York County
My Commission Expires 03-07-2024



DATA.NY.GOV

Services    News    Government

OPEN NY    CATALOG    DEVELOPERS    HELP ⌄    ABOUT ⌄

English ⌄    Sign In

# Commissioned NYS Notaries Public

Based on Commissioned NYS Notaries Public

This data contains active Commissioned Notaries Public from New York State Department of State (DOS).

Introducing our new data shaping and exploration experience. Filter, group, aggregate, and more!

Try now    Learn more

01LI6338309

More Views    Filter    Visualize    Export    Discuss    Embed    About

Showing 1 row 1 of 1

| Commission Holder: | Commission Number: | Business: | Business: | Business: | Business: | Business: | Business: | Commiss: | Com.: | Term Issue Date: | Term Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALEXANDER F LIU | 01LI6338309 | UPS STORE | 9 E 8TH ST | NEW YORK | NY | 10003 | New York | Traditional | 03/07/2020 | 03/07/2024 |

Terms of Service    Privacy    Accessibility    Give Feedback

Agencies    App Directory    Counties    Events    Programs
Services

NEW YORK STATE

# Certificate of Mailing
## Upon PACER Publication

US Treasury - Janet Louise YELLEN
US Governor for the International Monetary Fund
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Registered Mail # RF607684589US
Return Receipt: 9590940275342098972763

Comptroller of the NJ Treasury
Kevin D. WALSH
125 W State St, Trenton, NJ 08625

Registered Mail # RF607684592US
Return Receipt: 9590940275342098972770

State of NJ Division of Taxation
PO Box 046
Trenton, NJ 08646-0046

Registered Mail # RF607684601US
Return Receipt: 9590940275342098972787

Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045

Registered Mail # RF607684615US
Return Receipt: 9590940239078060825819

| | | | |
|---|---|---|---|
| Return to:<br>State of NJ<br>Division of Taxation<br>Pus Box 045<br>Trenton, NJ 08646-0046 | **STATE OF NEW JERSEY**<br>Division of Taxation<br>**STATEMENT OF ACCOUNT**<br>*"UNDERPAYMENT"*<br>August 2, 2023 | *IF YOU NEED HELP CALL THE*<br>*DIVISION'S CALL CENTER*<br>609-943-5000 | **2022 NJ GROSS INCOME TAX RESIDENT RETURN**<br>PUGACH KHANNA |

DLN: 03618892042  
TOTAL EXEMPTIONS: 1

DUE DATE: 04/18/23  
FILING STATUS: MARRIED-SEPARATE  
PERIOD: From 01/22 To 12/22

| | | | | | |
|---|---|---|---|---|---|
| Regular | 1 | Age 65 | 0 | Blind/Disabled | 0 |
| Children | 0 | Other | 0 | College | 0 |
| Veteran | 0 | | | | |

THIS STATEMENT OF ACCOUNT IS BASED ON THE RETURN YOU FILED AND REFLECTS ANY ADJUSTMENTS MADE BY THE DIVISION OF TAXATION.

| | | | |
|---|---|---|---|
| Wages | 128,247.00 | | |
| Interest | 0.00 | TAX | 5,979.38 |
| Dividends | 0.00 | Less: Credits from Tax | 0.00 |
| TOTAL INCOME | 128,247.00 | Balance of Tax | 5,979.38 |
| NEW JERSEY GROSS INCOME | 128,247.00 | Use Tax | 0.00 |
| Exemption 1 X $1000 | 1,000.00 | Shared Responsibility Payment | 0.00 |
| Medical Exp/Qual.Cons.Contr/HEZ/Org BM Ded | 0.00 | TOTAL TAX | 5,979.38 |
| Alimony/Education | 0.00 | NJ Income Tax Withholding | 0.00 |
| Total Exemptions/Deductions | 1,000.00 | TOTAL PAYMENTS AND CREDITS | 0.00 |
| NEW JERSEY TAXABLE INCOME | 127,247.00 | Balance of Tax | 5,979.38 |
| | | AMOUNT OF UNDERPAYMENT | 5,979.38 |
| | | Interest to 09/15/23 | 261.60 |
| | | Installment Interest | 9.65 |

**TOTAL AMOUNT DUE**                     6,250.63

---

*PLEASE READ THE FOLLOWING MESSAGES REGARDING YOUR NOTICE*

-YOU HAVE BEEN CHARGED INSTALLMENT INTEREST BECAUSE YOU DID NOT MAKE THE FOLLOWING REQUIRED ESTIMATED PAYMENTS:
  04/18/22 - $1195.87.       06/15/22 - $1195.87.
  09/15/22 - $1195.87.       01/17/23 - $1195.87.

-IF THE AMOUNT DUE IS NOT PAID BY 09/15/2023, THE DIVISION OF TAXATION WILL ADD 5% LATE PAYMENT PENALTY PLUS INTEREST TO THE BALANCE SHOWN ON THIS BILL.

-TO PAY ONLINE, GO TO nj.gov/taxation AND SELECT "PAY TAX".

-IF YOU DISAGREE WITH THIS NOTICE, YOU CAN UPLOAD SUPPORTING DOCUMENTATION AT www.njportal.com/DOR/OnlineNotices

-ALL NEW JERSEYANS DESERVE HEALTH CARE.  GET COVERED AT www.getcovered.nj.gov

---

**GROSS INCOME TAX INVOICE**
**FOR TAX YEAR - 2022**
RETURN THIS PORTION WITH YOUR PAYMENT
WRITE YOUR SOCIAL SECURITY NUMBER AND TAX YEAR
ON YOUR CHECK

Enter Social Security Number

PUGACH KHANNA

DLN: 03618892042

PAY THIS AMOUNT BY 09/15/23

Make Remittance Payable To:

New Jersey Gross Income Tax
PO Box 046
Trenton, NJ 08646-0046

$                6,250.63

010005805476199009PUGA2212610361889204200006250063

Credit Suisse (USA), Inc.
877-729-2732
Eleven Madison Avenue
New York, NY  10010

90-477/1222 NJ

Check Number:     0036893154

Check Date:       01/14/2022

This amount:   THREE THOUSAND FIFTY NINE DOLLARS AND 35/100                    $**3,059.35

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

Pay to the
order of.

Khanna Pugach
1700 Park Avenue
APT 414
Weehawken, NJ 07086

Wells Fargo Bank, N.A.
555 Ocean Blvd
Long Beach, NJ 07740

Void after 100 days

ADP AUTHORIZED SIGNATURE

⑆0036893154⑆ ⑆122204771⑆ 4759038433⑆

Z 957875803

DEPOSIT FOR CREDIT ON ACCOUNT OR
EXCHANGE FOR NON-NEGOTIABLE
FEDERAL RESERVE NOTES OF FACE
VALUE PER 12USC411
BY: Khanna DBA KHANNA PUGACH

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

| | |
|---|---|
| Credit Suisse (USA), Inc.<br>877-729-2732<br>Eleven Madison Avenue<br>New York, NY  10010 | 90-477/1222 NJ<br>Check Number:        0037025510<br>Check Date:           06/30/2022 |

| This amount | THREE THOUSAND TWO HUNDRED SIXTY FIVE DOLLARS AND 96/100 | $**3,265.96 |

Pay to the
order of.

Khanna Pugach
1700 Park Avenue
APT 414
Weehawken, NJ 07086

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

Void after 180 days

Wells Fargo Bank, N.A.
555 Ocean Blvd
Long Beach, NJ 07740

ADP AUTHORIZED SIGNATURE

⑈0037025510⑈ ⑆122047⑈47590384339⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

U 504400862

DEPOSIT FOR CREDIT TO ACCOUNT OR
EXCHANGE FOR MONEY NEGOTIABLE
FEDERAL RESERVE BOTTS OF RATE
VALUE PER 12 USC 411
BY: Khanna   DDA KHANNA PUGACH



# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .Laura. Taylor. Swain............................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .U.S. .District. Judge............ under the Constitution and laws of the United States: and that I will support and defend the Constitution of the United States against all enemies. foreign and domestic: that I will bear true faith and allegiance to the same: that I take this obligation freely, without any mental reservation or purpose of evasion: and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

Subscribed and sworn to (or affirmed) before me this .thirty-first............. day of ..August.......................... .NY .2000

FOIA Exemption 6

Actual abode████ New York ████. .Chief. Judge,. U.S.D.C...........

Official station* .New. York,. New. York

Date of birth .. .████58......... FOIA Exemption 6

Date of entry on duty .08/31/00.....

---

*Title 28. sec. 456 United States Code. as amended.

# Supreme Court of the United States

**No. ----- October Term, 1985**

I, WILLIAM H. REHNQUIST, do solemnly swear that I
will administer justice without respect to persons, and do
equal right to the poor and to the rich, and that I will
faithfully and impartially discharge and perform all the
duties incumbent upon me as Chief Justice of the United States
according to the best of my abilities and understanding,
agreeably to the Constitution and laws of the United States.

So help me God.

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.