UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE PUGACH*

23 Misc. 291 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Khanna Pugach, appearing *pro se*, initiated this matter as a miscellaneous case on behalf of the United States. Dkt. 1. His submission is difficult to parse. It is captioned as a "certificate of exigent circumstances." He appears to demand a refund of various New Jersey tax liabilities. Because the nature of Pugach's claims do not fit any of the listed categories of miscellaneous matters, this case cannot proceed under the miscellaneous docket.

The Clerk of Court is directed to open this case as a new civil action with Pugach listed as the plaintiff and Kevin Walsh, Acting New Jersey State Comptroller, listed as the defendant. The Clerk of Court is further directed to terminate any pending motions and administratively close this miscellaneous case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 23, 2023
       New York, New York