| United States District Court for the Southern District of New York 500 Pearl Street New York, NY 10007 - 1312 | |
|---|---|
| In Re; **Redemption of Khanna** *On and for the behalf of the* UNITED STATES | Case #23-mc-291 |
| **Refusal for Cause** | |

**COMES NOW**, Khanna of the family PUGACH and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa. The law is clear - one must make demand for lawful money clear to the Treasury of the United States or at any Federal Reserve bank. Evidence of Khanna's demands for lawful money are integrated fully in this Certificate of Exigent Circumstances.

The offer to transfer this evidence repository 23-cv-22363 NJ and 23-cv-9355 NY is declined and Presentments to that effect are properly Refused for Cause herein. Without a proper fidelity bond (oath of office) Laura Taylor SWAIN cannot be recognized as having that authority. Paul Adam ENGELMAYER and his witness Loretta A. PRESKA have the same deviation in law (SO HELP ME GOD) expressed on their oaths of office, indicating criminal impersonation in syndicalism. These oaths are Refused for Cause below. Additionally the oath of Zahid Nisar QURAISHI has been ordered, as indicated by the FOIA Online receipt attached. An

initial response, asking for a time extension, from the Department of Justice is included as Proof of Service.

There is no sovereign or judicial immunity granted or consented to for actors impersonating judicial officers. This is in fact why New York is preferred over New Jersey for filing this evidence repository. The Southern District of New York provides direct access to *Waiver of Tort[1]* (:...the facts as establishing an implied contract...") for the immediate execution of lien and garnishment upon any appearance of central bank tellers (agents), even those who pretend to be judicial officers. Additionally the "perpetual heritage" of Dutch East Indies Trading Company *Charter of Freedoms and Exemptions Granted to Patroons* §VI may be applied more readily on New York, than on New Jersey.

Additionally, the billing, titled BILLING NOTICE *UNDERPAYMENT*, issued by the State of New Jersey Division of Taxation on November 16th 2023 is Refused for Cause. The State of New Jersey Division of Taxation is billing Khanna PUGACH for an alleged tax liability that New York has already assessed accurately and has refunded the correct amount due. This is the third attempt by the New Jersey State to incorrectly bill Khanna PUGACH - the first billing notice (issued on August 2nd 2023 by the State of New Jersey Division of Taxation) has been Refused for Cause on August 22nd 2023 when the 23MISC0291 case had been filed at the United States District Court for the Southern District of New York. The second billing notice (issued on October 5th 2023 by the State of New Jersey Division of Taxation) has been Refused for Cause

---

[1] *Harway v. Mayor etc.*, of City of New York, 1 Hun (N.Y.) 630. *Judiciary Act of 1789*, Page 77 - ...saving to suitors, in all cases, the right of a common law remedy where the common law is competent to give it.

on October 19th 2023 (23MISC0291 – Document 3). The BILLING NOTICE

*UNDERPAYMENT* is returned to Principal Janet Louise YELLEN at the US Treasury with

the NJ agent copied along with the Federal Reserve Bank of New York and United States

District Court for the District of New Jersey.

_Khanna_
Khanna

Signature of Notary Public
My commission expires ___06/19/2025___

Sworn to me on this
1st day or December
In the Year 2023

KARL LEWIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6360247
Qualified in Bronx County
My Commission Expires 06-19-2025



# Commissioned NYS Notaries Public

Based on Commissioned NYS Notaries Public

This data contains active Commissioned Notaries Public from New York State Department of State (DOS). Each line will be either ▸

Introducing our new data shaping and exploration experience. Filter, group, aggregate, and more!    Try it now    Learn more

| Commission H. | Commission N. | Business Nam. | Business Addr. | Business Addr. | Business City | Business Stat. | Business Zip C. | Commissione. | Commission T. | Term Issue Da. | Term Expiratio. | Georeference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KARL A LEWIS | 01LE6362247 | THE UPS STORE | 105 W 86TH ST | | NEW YORK | NY | 10024 | Bronx | Traditional | 06/19/2021 | 06/19/2025 | POINT (-73.9724... |

Showing row 1 of 1

Services   News   Government

Agencies   App Directory   Counties   Events   Programs   Services

Office of Information Technology Services

Sign In   English ⌄

OPEN NY   CATALOG   DEVELOPERS   HELP ⌄   ABOUT ⌄

More Views | Filter | Visualize | Export | Discuss | Embed | About

Find in this Dataset

# Certificate of Mailing
## Upon PACER Publication

US Treasury - Janet Louise YELLEN
US Governor for the International Monetary Fund
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Registered Mail #9590940275342098972572
Return Receipt: RF607684456US

Comptroller of the NJ Treasury
Kevin D. WALSH
125 W State St, Trenton, NJ 08608

Registered Mail #9590940275342098972701
Return Receipt: RF607684460US

United States District Court for the
District of New Jersey
402 East State Street
Trenton, NJ 08608

Registered Mail #9590940275342098972756
Return Receipt: RF607684473US

State of NJ Division of Taxation
PO Box 046
Trenton, NJ 08646-0046

Registered Mail #9590940275342098972718
Return Receipt: RF607684500US

Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045

Registered Mail #9590940275342098972541
Return Receipt: RF607684513US

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE PUGACH*

23 Misc. 291 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

Khanna Pugach, appearing *pro se*, initiated this matter as a miscellaneous case on behalf of the United States. Dkt. 1. His submission is difficult to parse. It is captioned as a "certificate of exigent circumstances." He appears to demand a refund of various New Jersey tax liabilities. Because the nature of Pugach's claims do not fit any of the listed categories of miscellaneous matters, this case cannot proceed under the miscellaneous docket.

The Clerk of Court is directed to open this case as a new civil action with Pugach listed as the plaintiff and Kevin Walsh, Acting New Jersey State Comptroller, listed as the defendant. The Clerk of Court is further directed to terminate any pending motions and administratively close this miscellaneous case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 23, 2023
       New York, New York

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, __**PAUL A. ENGELMAYER**__, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as __**United States District Court Judge**__ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. (SO HELP ME GOD. *NO!*

_____
(Signature of Appointee)
**Paul A. Engelmayer**

Subscribed and sworn to (or affirmed) before me this ____**26th**____ day of _____**September 2011**_____.

_____
**Hon. Loretta A. Preska**
**Chief Judge, United States District Court**
**Southern District of New York**

Actual abode:       (b)(6)

Official station*    **New York**

Date of birth       (b)(6)

Date of Entry on Duty  __**9/26/11**__

---

* Title 28, sec. 456 United States Code as amended.

M 10 - 454

# 3

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

FILED

SEP 18 1992

S. D. OF N.Y.

I, ....Loretta A. Preska.................................................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge.... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So Help Me God.

NO!

............*Loretta A. Preska*...........

Subscribed and sworn to (or affirmed) before me this ..Eighteenth................ day of ..September..................................., 19 ..92..

FOIA Exemption 6

Actual abode ............................New York............

*Charles Brieant*
Chief U.S.D.J.

Official station* ..New York, New York.

Date of birth .......................1949 FOIA Exemption 6

Date of entry on duty September 18, 1992

A TRUE COPY 9/24/92
JAMES M. PARKISON, CTerk
By ....................
Deputy Clerk

*Title 28, sec. 456 United States Code, as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .Laura. Taylor. Swain. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . , do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .U.S. District Judge. . . . . . . . . . . . . under the Constitution and laws of the United States: and that I will support and defend the Constitution of the United States against all enemies. foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So Help Me God.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Subscribed and sworn to (or affirmed) before me this .thirty-first. . . . . . . . . . . . . day of ..August. . . . . . . . . . . . . . . . . . . . . . . . . 19. .2000.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FOIA Exemption 6

Actual abode . . . . . . . New York . . . . . . . , Chief Judge, U.S.D.C. . . . . . . . . . . .

Official station* .New. York, .New. York.

Date of birth . . . . . . . . . 58. . . . . . . . . FOIA Exemption 6

Date of entry on duty .08/31/00 . . . . .

*Title 28, sec. 456 United States Code, as amended.

# Supreme Court of the United States

No. ----- October Term, 1985

I, WILLIAM H. REHNQUIST, do solemnly swear that I
will administer justice without respect to persons, and do
equal right to the poor and to the rich, and that I will
faithfully and impartially discharge and perform all the
duties incumbent upon me as Chief Justice of the United States
according to the best of my abilities and understanding,
agreeably to the Constitution and laws of the United States.

So help me God.

*[signature: William H. Rehnquist]*

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*[signature: Warren E. Burger]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHANNA PUGACH,

                Plaintiff,

      -against-

KEVIN WALSH, Acting New Jersey State
Comptroller,

                Defendant.

23-CV-9355 (LTS)

TRANSFER ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who resides in Weehawken, New Jersey and proceeds *pro se*, brings this complaint challenging his alleged underpayment of income tax to the State of New Jersey Division of Taxation. For the following reasons, this action is transferred to the United States District Court for the District of New Jersey.

## DISCUSSION

    Under the general venue provision, a civil action may be brought in

    (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . ; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

    For venue purposes, a "natural person" resides in the district where the person is domiciled, and an "entity with the capacity to sue and be sued" resides in any judicial district where it is subject to personal jurisdiction with respect to the civil action in question. *See* 28 U.S.C. § 1391(c)(1), (2).

Plaintiff sues Acting New Jersey State Comptroller Kevin Walsh for allegedly miscalculating Plaintiff's tax liability. Plaintiff indicates that he sent his complaint to Defendant Walsh in Trenton, New Jersey, and sent it to the State of New Jersey Division of Taxation, U.S. Treasury Secretary Janet Yellen, and the Federal Reserve Bank of New York. It is unclear if Plaintiff intends to name anyone other than  Acting New Jersey State Comptroller Walsh as a defendant in this matter. Plaintiff's allegations suggest that his claims arose outside this district, and that venue thus does not lie in this district under Section 1391(b)(2). The facts alleged also do not suggest that venue is proper in this district under Section 1391(b)(1) based on the residence of Defendant Walsh or any other defendant whom Plaintiff may have intended to sue.

Even if a case is filed in a jurisdiction where venue is proper, a court may transfer the case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). In determining whether transfer is appropriate, courts consider the following ten factors: (1) the convenience of witnesses; (2) the convenience of the parties; (3) the locus of operative facts; (4) the availability of process to compel the attendance of the unwilling witnesses; (5) the location of relevant documents and the relative ease of access to sources of proof; (6) the relative means of the parties; (7) the forum's familiarity with the governing law; (8) the weight accorded to the plaintiff's choice of forum; (9) trial efficiency; and (10) the interest of justice, based on the totality of circumstances. *Keitt v. N.Y. City*, 882 F. Supp. 2d 412, 459-60 (S.D.N.Y. 2011); *see also N.Y. Marine and Gen. Ins. Co. v. LaFarge No. Am., Inc.*, 599 F.3d 102, 112 (2d Cir. 2010) (setting forth similar factors). A plaintiff's choice of forum is accorded less deference where the plaintiff does not reside in the chosen forum and the operative events did not occur there. *See Iragorri v. United Tech. Corp.*, 274 F.3d 65, 72 (2d Cir. 2001).

2

Transfer appears to be appropriate in this case. Venue does not appear to lie in this district under Section 1391(b). The underlying events occurred in New Jersey, where all parties are located and where it is reasonable to expect that all relevant documents and witnesses also would be located. Accordingly, the Court transfers this action to the United States District Court for the District of New Jersey. 28 U.S.C. §§ 1404(a), 1406.

## CONCLUSION

The Clerk of Court is directed to transfer this action to the United States District Court for the District of New Jersey. 28 U.S.C. §§ 1404(a), 1406. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes the case in this district.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:     November 6, 2023
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

3

**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**U.S. District Court for the District of New Jersey**

KHANNA PUGACH

                                 Plaintiff,

v.                                                          Case No.: 3:23- cv- 22363- ZNQ- DEA
                                                            Judge Zahid N. Quraishi

KEVIN WALSH

                                 Defendant.

Dear KHANNA PUGACH:

    The initial pleading in the above- captioned matter was received by the Clerk's office.
Your submission was not accompanied by the filing fee of $350 as required by 28 U.S.C. §
1914 and the administrative fee of $52 as required by item 14 of the District Court
Miscellaneous Fee Schedule, for a total of **$402**. An initial pleading cannot be processed
unless the filing fee is paid. The Clerk has marked your submission as received.

    If you are unable to pay the $402, you should submit an application to proceed *in forma
pauperis*. An application to proceed *in forma pauperis* can be found at
http://www.njd.uscourts.gov/sites/njd/files/forms/AO_239.pdf.

    Within 21 days of the date of entry of this letter, either remit the proper fee or submit a
completed and signed *in forma pauperis* application. If the proper fee or *in forma pauperis*
application is <u>not</u> submitted in 21 days, the initial pleading will be deemed withdrawn and
the Court shall close the file in this matter without further notice.

                                            Very truly yours,

                                            CLERK OF COURT
                                            By Deputy Clerk, kht

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

Return to:

State of NJ
Division of Taxation
PO Box 046
Trenton, NJ 08646-0046

STATE OF NEW JERSEY
Division of Taxation
BILLING NOTICE
*UNDERPAYMENT*

November 16, 2023

IF YOU NEED HELP CALL THE
DIVISION'S CALL CENTER
609-943-5000

2022 NJ GROSS INCOME TAX RESIDENT RETURN

PUGACH  KHANNA

DLN: 03618892042

DUE DATE: 04/18/23
FILING STATUS:  MARRIED-SEPARATE
PERIOD: From 01/22 To 12/22

TOTAL EXEMPTIONS:   1

| | Regular | Age 65 | Other | Blind/Disabled |
|---|---|---|---|---|
| | 1 | 0 | 0 | 0 |
| Veteran | Children | | College | |
| 0 | 0 | | 0 | |

THIS BILLING NOTICE IS BASED ON THE RETURN YOU FILED AND
REFLECTS ANY ADJUSTMENTS MADE BY THE DIVISION OF TAXATION
INCLUDING LATE PAYMENT PENALTY AND INTEREST.

| | | |
|---|---|---|
| Wages | | 128,247.00 |
| Interest | | 0.00 |
| Dividends | | 0.00 |
| TOTAL INCOME | | 128,247.00 |
| NEW JERSEY GROSS INCOME | | 128,247.00 |
| Exemption   1 X $1000 | 1,000.00 | |
| Medical Exp/Qual.Cons.Contr/HEZ/Org BM Ded | 0.00 | |
| Alimony/Education | 0.00 | |
| Total Exemptions/Deductions | 1,000.00 | |
| NEW JERSEY TAXABLE INCOME | | 127,247.00 |

| | |
|---|---|
| TAX | 5,979.38 |
| Less: Credits from Tax | 0.00 |
| Balance of Tax | 5,979.38 |
| Use Tax | 0.00 |
| Shared Responsibility Payment | 0.00 |
| TOTAL TAX | 5,979.38 |
| NJ Income Tax Withholding | 0.00 |
| TOTAL PAYMENTS AND CREDITS | 0.00 |
| Balance of Tax | 5,979.38 |
| AMOUNT OF UNDERPAYMENT | 5,979.38 |
| Late Payment Penalty | 298.97 |
| Interest to 12/15/23 | 429.77 |
| Installment Interest | 9.65 |

Shared Responsibility Payment   0.00

TOTAL AMOUNT DUE   6,717.77

STATE OF NEW JERSEY
Division of Taxation
BILLING NOTICE
"UNDERPAYMENT"
October 5, 2023

Return to:
State of NJ
Division of Taxation
PO Box 046
Trenton, NJ 08646-0046

IF YOU NEED HELP CALL THE
DIVISION'S CALL CENTER
609-943-5000

2022 NJ GROSS INCOME TAX RESIDENT RETURN
PUGACH KHANNA

DUE DATE: 04/18/23
FILING STATUS:  MARRIED SEPARATE
PERIOD: From 01/22 To 12/22

DLN: 03618892042
TOTAL EXEMPTIONS:  1

| | Regular | 1 | Age 65 | 0 | Blind/Disabled | 0 |
| | Children | 0 | Other | 0 | College | 0 |
| | Veteran | 0 | | | | |

THIS BILLING NOTICE IS BASED ON THE RETURN YOU FILED AND
REFLECTS ANY ADJUSTMENTS MADE BY THE DIVISION OF TAXATION
INCLUDING LATE PAYMENT PENALTY AND INTEREST.

| | | | |
|---|---|---|---|
| Wages | 128,247.00 | | |
| Interest | 0.00 | TAX | 5,979.38 |
| Dividends | 0.00 | Less: Credits from Tax | 0.00 |
| TOTAL INCOME | 128,247.00 | Balance of Tax | 5,979.38 |
| NEW JERSEY GROSS INCOME | 128,247.00 | Use Tax | 0.00 |
| Exemption  1 X $1000 | 1,000.00 | Shared Responsibility Payment | 0.00 |
| Medical Exp/Qual.Cons.Contr/HEZ/Org BM Ded | 0.00 | TOTAL TAX | 5,979.38 |
| Alimony/Education | 0.00 | NJ Income Tax Withholding | 0.00 |
| Total Exemptions/Deductions | 1,000.00 | TOTAL PAYMENTS AND CREDITS | 0.00 |
| NEW JERSEY TAXABLE INCOME | 127,247.00 | Balance of Tax | 5,979.38 |
| | | AMOUNT OF UNDERPAYMENT | 5,979.38 |
| | | Late Payment Penalty | 298.97 |
| | | Interest to 11/15/23 | 373.71 |
| | | Installment Interest | 9.65 |

**TOTAL AMOUNT DUE**                        **6,661.71**

*PLEASE READ THE FOLLOWING MESSAGES REGARDING YOUR NOTICE*

-IF YOU HAVE RESPONDED TO A PREVIOUS BILLING NOTICE AND PAID YOUR
ACCOUNT IN FULL, NO RESPONSE IS NECESSARY.

-YOU HAVE BEEN CHARGED INSTALLMENT INTEREST BECAUSE YOU DID NOT MAKE THE
FOLLOWING REQUIRED ESTIMATED PAYMENTS:
   04/18/22 -  $1195.87.      06/15/22 -  $1195.87.
   09/15/22 -  $1195.87.      01/17/23 -  $1195.87.

-YOU MUST PAY THIS OUTSTANDING BALANCE IN FULL BY 11/15/2023 OR THE
DIVISION WILL PURSUE FURTHER ACTIONS TO COLLECT THE AMOUNT DUE.
THESE ACTIONS MAY INCLUDE DEDUCTION OF BACK TAX AMOUNTS FROM FUTURE
REFUNDS, REFERRAL TO A COLLECTION AGENCY, AND IMPOSITION OF A 11%
RECOVERY FEE.

-ALL NEW JERSEYANS DESERVE HEALTH CARE.  GET COVERED AT
www.getcovered.nj.gov

-TO PAY ONLINE, GO TO nj.gov/taxation AND SELECT "PAY TAX".

-IF YOU DISAGREE WITH THIS NOTICE, YOU CAN UPLOAD SUPPORTING
DOCUMENTATION AT www.njportal.com/DOR/OnlineNotices

---

Enter Social Security Number
PUGACH  KHANNA

Make Remittance Payable To:

New Jersey Gross Income Tax
PO Box 046
Trenton, NJ 08646-0046

**GROSS INCOME TAX INVOICE
FOR TAX YEAR - 2022**
RETURN THIS PORTION WITH YOUR PAYMENT
WRITE YOUR SOCIAL SECURITY NUMBER AND TAX YEAR
ON YOUR CHECK

DLN: 03618892042

PAY THIS AMOUNT BY 11/15/23

$            6,661.71

010005805476199000PUGA22126I03618892042000066171



| Return To: | STATE OF NEW JERSEY | IF YOU NEED HELP CALL THE | 2022 NJ GROSS INCOME TAX RESIDENT RETURN |
| State of NJ | Division of Taxation | DIVISION'S CALL CENTER | PUGACH KHANNA |
| Division of Taxation | STATEMENT OF ACCOUNT | | |
| PO Box 046 | *UNDERPAYMENT* | 609-943-5000 | DUE DATE: 04/18/23 |
| Trenton, NJ 08646-0046 | August 2, 2023 | | FILING STATUS: MARRIED-SEPARATE |

DLN: 03618892042
FILING STATUS: MARRIED-SEPARATE
PERIOD: From 01/22 To 12/22

TOTAL EXEMPTIONS:   1

| | | |
|---|---|---|
| Regular | 1 | Age 65 0 | Blind/Disabled 0 |
| Children | 0 | Other 0 | College 0 |
| Veteran | 0 | | |

THIS STATEMENT OF ACCOUNT IS BASED ON THE RETURN YOU FILED AND REFLECTS ANY ADJUSTMENTS MADE BY THE DIVISION OF TAXATION.

| | |
|---|---|
| Wages | 128,247.00 |
| Interest | 0.00 |
| Dividends | 0.00 |
| TOTAL INCOME | 128,247.00 |
| NEW JERSEY GROSS INCOME | 128,247.00 |
| Exemption 1 X $1000 | 1,000.00 |
| Medical Exp/Qual.Cons.Contr/HSA/Org IIM Ded | 0.00 |
| Alimony/Education | 0.00 |
| Total Exemptions/Deductions | 1,000.00 |
| NEW JERSEY TAXABLE INCOME | 127,247.00 |

| | |
|---|---|
| TAX | 5,979.30 |
| Less: Credits from Tax | 0.00 |
| Balance of Tax | 5,979.30 |
| Use Tax | 0.00 |
| Shared Responsibility Payment | 0.00 |
| TOTAL TAX | 5,979.30 |
| NJ Income Tax Withholding | 0.00 |
| TOTAL PAYMENTS AND CREDITS | 0.00 |
| Balance of Tax | 5,979.30 |
| AMOUNT OF UNDERPAYMENT | 5,979.30 |
| Interest to 09/15/23 | 261.60 |
| Installment Interest | 9.65 |

**TOTAL AMOUNT DUE**                    6,250.63

*PLEASE READ THE FOLLOWING MESSAGES REGARDING YOUR NOTICE*

-YOU HAVE BEEN CHARGED INSTALLMENT INTEREST BECAUSE YOU DID NOT MAKE THE
FOLLOWING REQUIRED ESTIMATED PAYMENTS:
  04/18/22 -  $1195.87.        06/15/22 -  $1195.87.
  09/15/22 -  $1195.87.        01/17/23 -  $1195.87.

-IF THE AMOUNT DUE IS NOT PAID BY 09/15/2023, THE DIVISION OF TAXATION
WILL ADD 5% LATE PAYMENT PENALTY PLUS INTEREST TO THE BALANCE SHOWN ON
THIS BILL.

-TO PAY ONLINE, GO TO nj.gov/taxation AND SELECT "PAY TAX".

-IF YOU DISAGREE WITH THIS NOTICE, YOU CAN UPLOAD SUPPORTING
DOCUMENTATION AT www.njportal.com/DOR/OnlineNotices

-ALL NEW JERSEYANS DESERVE HEALTH CARE.  GET COVERED AT
www.getcovered.nj.gov

---

**GROSS INCOME TAX INVOICE
FOR TAX YEAR - 2022**
RETURN THIS PORTION WITH YOUR PAYMENT
WRITE YOUR SOCIAL SECURITY NUMBER AND TAX YEAR
ON YOUR CHECK

Enter Social Security Number
PUGACH KHANNA

DLN: 03618892042

PAY THIS AMOUNT BY 09/15/23

Make Remittance Payable To:

New Jersey Gross Income Tax
PO Box 046
Trenton, NJ 08646-0046

$            6,250.63

01000580547619900PUGA22326I03618892042000062506 3



U 504400862

DEPOSIT FOR CREDIT OR ACCOUNT OR
EXCHANGE FOR NON NEGOTIABLE
FEDERAL RESERVE NOTES OF FACE
VALUE PER 12USC411
BY: Khanna DBA KHANNA PUGACH

Credit Suisse (USA), Inc.
877-729-2732
Eleven Madison Avenue
New York, NY  10010

90-477/1232 NJ

Check Number:          0037064339

Check Date:            08/15/2022

This amount:  THREE THOUSAND THREE HUNDRED SEVENTY NINE DOLLARS AND 05/100          $**3,379.05

Pay to the
order of.

Khanna Pugach
1700 Park Avenue
APT  414
Weehawken,  NJ  07086

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

Void after 180 days

Wells Fargo Bank, N.A.
555 Ocean Blvd
Long Beach, NJ 07740

ADP AUTHORIZED SIGNATURE

⑈0037064339⑈ ⑆122204771⑆ 4759038433⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK · HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

U 517831575

DEPOSIT FOR CREDIT OR ACCOUNT OR
EXCHANGE FOR NON NEGOTIABLE
FEDERAL RESERVE NOTES OF FACE
VALUE PER 12 USC 411
BY: KHANNA DBA KHANNA PUGACH

U 504400862

DEPOSIT FOR CREDIT OF ACCOUNT OR
EXCHANGE FOR NON-NEGOTIABLE
FEDERAL RESERVE NOTES OF FACE
VALUE PER 12USC411
BY: Khanna DBA KHANNA PUGACH

▼ DO NOT WRITE / SIGN / STAMP BELOW THIS TYPE ▼



**Credit Suisse (USA), Inc.**
877-729-2732
Eleven Madison Avenue
New York, NY 10010

90-477/1232 NJ

Check Number:  0037064339

Check Date:  08/15/2022

| This amount: | THREE THOUSAND THREE HUNDRED SEVENTY NINE DOLLARS AND 05/100 | $**3,379.05 |
|---|---|---|

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

Pay to the
order of:

Khanna Pugach
1700 Park Avenue
APT 414
Weehawken, NJ 07086

Void after 180 days

Wells Fargo Bank, N.A.
555 Ocean Blvd
Long Beach, NJ 07740

ADP AUTHORIZED SIGNATURE

⑈0037064339⑈  ⑆122204771⑆⑈4759038433⑈

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■   ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT ■

U 517831575

DEPOSIT FOR CREDIT OF ACCOUNT, OR
EXCHANGE FOR NON-NEGOTIABLE
FEDERAL RESERVE NOTES OF FACE
VALUE PER 12 USC 411
BY: Khanna DBA KHANNA PUGACH

▼ DO NOT WRITE / SIGN / STAMP BELOW THIS TYPE ▼



**U.S. Department of Justice**

Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

November 28, 2023

Khanna Pugach
kpugach@gmail.com                     Re:     FOIA-2024-00368

Dear Khanna Pugach:

This is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated and received in this Office on November 22, 2023, in which you requested a copy of the oath of office of Judge Zahid Quraishi.

The records you seek require a search in and/or consultation with another Office, and so your request falls within "unusual circumstances." See 5 U.S.C. § 552 (a)(6)(B)(i)-(iii) (2018). Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute. For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request. At this time we have assigned your request to the complex track. In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so that it can be placed in a different processing track. You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options. Any decision with regard to the application of fees will be made only after we determine whether fees will be implicated for this request.

We regret the necessity of this delay, but we assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by telephone at the above number, by e-mail at doj.oip.foia@usdoj.gov, or you may write to the Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001. Lastly, you may contact our FOIA Public Liaison, Valeree Villanueva, at the telephone number listed above to discuss any aspect of your request.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601

-2-

Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at
202-741-5770; toll free at 1-877-684-6448.

Sincerely,
Initial Request Staff
Office of Information Policy
U.S. Department of Justice



An official website of the United States government
Here's how you know

UNITED STATES DEPARTMENT of JUSTICE

# FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 958106

# Success!

## Your FOIA request has been created and is being sent to the Office of Legal Policy.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

FOIA Requester Service Center

202-514-3642

Valeree Villanueva, FOIA Public Liaison

202-514-3642

Douglas Hibbard, Chief, Initial Request Staff, 6th Floor
441 G St, NW
Washington, DC 20530-0001

# Request summary

Request submitted on**November 22, 2023**.

The confirmation ID for your request is **958106**.

▶

> The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**
Khanna DBA KHANNA PUGACH

**Email**
kpugach@gmail.com

# Your request

Hello! This request is to order the oath of office for Judge Zahid Nizar QURAISHI. Thank you in advance!

# Fees

**What type of requester are you?**
other

**Fee waiver**
no

# Request expedited processing

## Expedited processing
no

 FOIA.gov

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ☑ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV