| United States District Court for the Southern District of New York 500 Pearl Street New York, NY 10007 - 1312 |  |
|---|---|
| In Re; **Redemption of Khanna** *On and for the behalf of the* UNITED STATES | Case #23-mc-291 |
| **Refusal for Cause** | |

**COMES NOW**, Khanna of the family PUGACH and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa. The law is clear - one must make demand for lawful money clear to the Treasury of the United States or at any Federal Reserve bank. Evidence of Khanna's demands for lawful money is integrated fully in this Certificate of Exigent Circumstances.

Khanna is in receipt of the notice from Pioneer Credit Recovery, INC, a debt collector for the State of New Jersey, dated to 01/25/24. The notice is refused for cause and is returned to Principal Janet Louise YELLEN at the US Treasury with Claudia DONA, the Pioneer Credit Recovery agent, copied along with the Comptroller of the NJ Treasury, State of NJ - Division of Taxation, and Federal Reserve Bank of New York.

Additionally, the copy of the Refusal for Cause filed under this #23-mc-291 case

on 12/01/23 was sent to the Comptroller of the NJ Treasury, Kevin D. WALSH, and received by his office on 12/13/23. The "231912 NOL" stamp indicates that the funds that the State of NJ – Division of Taxation was attempting to bill Khanna are now written off as a net operating loss transaction. It is therefore illegal for the State of New Jersey to hire a debt scavenger for collectibles resale, and an explicit admission of guilt for Pioneer to be directing payment of a write off to the NJ Treasury/Department of Revenue; as well as for the State of New Jersey to be billing on an alleged liability that has already been settled with the New York Treasury. Khanna has fulfilled her lawful duty of making demand for lawful money. Thus, Claudia DONA and Pioneer Credit Recovery, INC are subject to lien if this harassment continues.

_Khanna_
Khanna

_[signature]_
Signature of Notary Public
My commission expires
06/19/2025

Sworn to me on this
1st day of February in
the year 2024.

KARL LEWIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6360247
Qualified in Bronx County
My Commission Expires 06-19-2025

Introducing our new data shaping and exploration experience: Filter, group, aggregate, and more! Try it now Learn more

# Commissioned NYS Notaries Public

Based on Commissioned NYS Notaries Public
This data contains active Commissioned Notaries Public from New York State Department of State (DOS).

More Views | Filter | Visualize | Export | Discuss | Embed | About

🔍 01Ie6360247

| Commissio… | Commissi… | Business… | Business… | Business… | Business… | Business… | Commissi… | Commissi… | Term Issue… | Term Expir… | Geocode… |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KARL A LEWIS | 01LE6360247 | THE UPS STORE | 105 W 86TH ST | | NEW YORK | NY | 10024 | Bronx | Traditional | 06/19/2021 | 06/19/2025 | POINT (-73.97… |

Showing row 1 of 1

# Certificate of Mailing
## Upon PACER Publication

US Treasury - Janet Louise YELLEN  
US Governor for the International Monetary Fund  
1500 Pennsylvania Avenue NW  
city of Washington, District of Columbia. 20220

Registered Mail # RF607684368US  
Return Receipt: 9590940275342098972602

It is now determined that the more appropriate Principal for this Refusal for Cause is Kevin D. WALSH in his personal capacity. This lien is sound and Kevin has no sovereign or judicial immunity. Therefore, the original mailing with red marker "Refusal for Cause" is being included with the PACER-marked pdf, returned timely to Kevin D. WALSH. Kevin is expected to contact Pioneer and correct things so that there is no more billing at all.

Comptroller of the NJ Treasury  
Kevin D. WALSH  
125 W State St, Trenton, NJ 08608

Registered Mail #RF607684371US  
Return Receipt: 9590940275342098972619

State of NJ Division of Taxation  
PO Box 046  
Trenton, NJ 08646-0046

Registered Mail #RF607684385US  
Return Receipt: 9590940275342098972626

Federal Reserve Bank of New York  
33 Liberty Street  
New York, NY 10045

Registered Mail # RF607684399US  
Return Receipt: 9590940275342098972633

Claudia DONA  
Pioneer Credit Recovery, INC  
PO Box 1018  
Moorestown, NJ 08057

Registered Mail # RF607684408US  
Return Receipt: 9590940275342098972640

PIONEER CREDIT RECOVERY, INC
P.O. BOX 1018
MOORESTOWN, NJ 08057
January 25, 2024

RE: PUGACH KHANNA
ID # : xxx-xx-xxxx/000
CASE #: 1

PUGACH KHANNA
1700 PARK AVE APT 414
WEEHAWKEN NJ 07086-6675

Dear Taxpayer:

This notice is from Pioneer Credit Recovery, a debt collector for the State of New Jersey, to collect a government debt that you owe. We will use the information we obtain from you to review and reconcile your State tax account, as permitted under Chapter 172, P.L. 1992.

The New Jersey Division of Taxation records indicate your tax account is **delinquent because you have not filed tax returns and/or have not paid your taxes**. To resolve this matter, see the enclosed **Schedule of Liabilities** and:

- Make full payment of all existing liabilities **with a check payable to State of New Jersey**; and

- File any missing tax returns.

If you disagree with any item in the Schedule of Liabilities, provide proof of your filing or payment.

Use the enclosed envelope to submit all documentation.

**Additional Payment Options:**

- By credit card: Visit the Division's website at *nj.gov/taxation* and select Make a Payment; or

- By electronic check: Contact the agent listed below.

The Division added a Referral Cost Recovery Fee to your total balance, in accordance with N.J.S.A. 54:49-12.b.

If you authorize a representative to respond on your behalf, you must complete and return Form M-5008-R (Appointment of Taxpayer Representative). This form is available on the Division's website at:
*www.state.nj.us/treasury/taxation/pdf/other_forms/misc/m5008r.pdf*

For additional information, visit the Division's website: *nj.gov/taxation*
Enclosure

IN REPLY REFER TO:
CLAUDIA DONA
PIONEER CREDIT RECOVERY, INC
P O BOX 1018
MOORESTOWN, NJ 08057
888-478-7581

PIONEER CREDIT RECOVERY, INC
P.O. BOX 1018
MOORESTOWN, NJ 08057

January 25, 2024

PAGE NO: 01
TAXPAYER ID: xxx-xx-
CASE NO: 1

PUGACH KHANNA
1700 PARK AVE APT 414
WEEHAWKEN NJ 07086-6675

RE: PUGACH KHANNA

## NEW JERSEY DIVISION OF TAXATION
### SCHEDULE OF LIABILITIES

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | PENALTY | INTEREST | INTEREST TO | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|
| TGI-EE | 01/22 - 12/22 | DEFICIENT | 5,979.38 | 298.97 | 560.39 | 02/15/24 | 0.00 | 6,838.74 |
| TGI-EE | 01/22 - 12/22 | RECOVERY FEE | 752.26 | 0.00 | 0.00 | 00/00/00 | 0.00 | 752.26 |

TGI-EE TOTAL 7,591.00

TOTAL AMOUNT DUE 7,591.00

IN REPLY REFER TO:
CLAUDIA DONA
PIONEER CREDIT RECOVERY, INC
P O BOX 1018
MOORESTOWN, NJ 08057
888-478-7581

NOTES
Audit: Adjusted Tax Liability
Deficient: Underpayment
TGI-EE: Gross Income Tax - Individual

3170D07203835211584000001011 P20H

Treas

231912 Noe

| United States District Court for the Southern District of New York 500 Pearl Street New York, NY 10007 - 1312 | |
|---|---|
| In Re; **Redemption of Khanna** *On and for the behalf of the* UNITED STATES | Case #23-mc-291 |
| **Refusal for Cause** | |

**COMES NOW**, Khanna of the family PUGACH and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa. The law is clear - one must make demand for lawful money clear to the Treasury of the United States or at any Federal Reserve bank. Evidence of Khanna's demands for lawful money are integrated fully in this Certificate of Exigent Circumstances.

The offer to transfer this evidence repository 23-cv-22363 NJ and 23-cv-9355 NY is declined and Presentments to that effect are properly Refused for Cause herein. Without a proper fidelity bond (oath of office) Laura Taylor SWAIN cannot be recognized as having that authority. Paul Adam ENGELMAYER and his witness Loretta A. PRESKA have the same deviation in law (SO HELP ME GOD) expressed on their oaths of office, indicating criminal impersonation in syndicalism. These oaths are Refused for Cause below. Additionally the oath of Zahid Nisar QURAISHI has been ordered, as indicated by the FOIA Online receipt attached. An



# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, __PAUL A. ENGELMAYER__, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as __United States District Court Judge__ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

_Paul A. Engelmayer_
(Signature of Appointee)
Paul A. Engelmayer

Subscribed and sworn to (or affirmed) before me this __26th__ day of __September 2011__.

_Loretta A. Preska_
Hon. Loretta A. Preska
Chief Judge, United States District Court
Southern District of New York

Actual abode: (b)(6)
Official station*: New York
Date of birth: (b)(6)
Date of Entry on Duty: 9/26/11

---

* Title 28, sec. 456 United States Code as amended.

# Supreme Court of the United States

No. ----- October Term, 1985

      I, WILLIAM H. REHNQUIST, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Chief Justice of the United States according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States.

      So help me God.

*William H. Rehnquist*

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*Warren E. Burger*