UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE PUGACH*

23 Misc. 291 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This morning, Khanna Pugach, appearing *pro se*, filed a "motion for cause" in this closed miscellaneous case. Dkt. 7. Much like his earlier submissions, the instant "motion" is difficult to parse; Pugach again appears to be seeking the return of various New Jersey tax liabilities and a lien on debt collectors acting on the state's behalf. As the Court explained in its earlier order, such claims do not fit any of the listed categories of miscellaneous matters, and thus this case cannot proceed under the miscellaneous docket. Dkt. 4.

The Clerk of Court is respectfully directed to terminate any pending motions; this case remains closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 6, 2024
       New York, New York