| | |
|---|---|
| United States District Court<br>for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 - 1312 |  |
| In Re; **Redemption of Khanna**<br>*On and for the behalf of the*<br>UNITED STATES | Case #23-mc-291 |
| **Refusal for Cause – "Pioneer Credit Recovery, INC" Debt Collector** ||

  **COMES NOW**, Khanna of the family PUGACH and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa. The law is clear - one must make demand for lawful money clear to the Treasury of the United States or at any Federal Reserve bank. Evidence of Khanna's demands for lawful money is integrated fully in this Certificate of Exigent Circumstances.

  Non-judicial officer Paul Adam ENGELMAYER cannot speak judicially – his oath of office is Refused for Cause. Furthermore, according to his order on February 6th (Document 8) he is in error or is lying to say that I filed Document 7 "This morning" (February 6th, 2024) when in fact I filed, as the clerk of court recalls, on February 1st, 2024. It was only after inquiring in person on February 6th that the clerk fulfilled the legal

obligation of publishing the Document 7 on PACER. The reason for such obfuscation is unclear.

Claudia DONA and Pioneer Credit Recovery, INC should quit their attempts to collect an alleged tax liability from Khanna as explained in the Document 7.

_Khanna_
Khanna

_[signature]_
Signature of Notary Public
My commission expires
_06/19/2025_

Sworn to me on this 15th day of February in the year 2024,

KARL LEWIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6360247
Qualified in Bronx County
My Commission Expires 06-19-2025

NEW YORK STATE

Services | News | Government

DATA.NY.GOV    OPEN NY   CATALOG   DEVELOPERS   HELP   ABOUT    English

Introducing our new data shaping and exploration experience. Filter, group, aggregate, and more!   Try it now   Learn more

## Commissioned NYS Notaries Public

Based on Commissioned NYS Notaries Public

This data contains active Commissioned Notaries Public from New York State Department of State (DOS).

More Views | Filter | Visualize | Export | Discuss | Embed | About

| Commissio... | Commissi... | Business... | Business... | Business... | Business... | Business... | Business... | Commissi... | Commissi... | Term issue... | Term Expir... | Georefere... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KARL A LEWIS | 01LE6360247 | THE UPS STORE | 105 W 86TH ST | | NEW YORK | NY | 10024 | Bronx | Traditional | 06/19/2021 | 06/19/2025 | POINT (-73... |

Showing row 1 of

Office of Information Technology Services    Terms of Service   Privacy   Accessibility   Give Feedback

NEW YORK STATE

Agencies Services | App Directory | Counties | Events | Programs

# Certificate of Mailing
## Upon PACER Publication

US Treasury - Janet Louise YELLEN
US Governor for the International Monetary Fund
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Registered Mail # RF607685329US
Return Receipt: 9590940277482152335504


Comptroller of the NJ Treasury
Kevin D. WALSH
125 W State St, Trenton, NJ 08608

Registered Mail # RF607685275US
Return Receipt: 9590940277482152335467


State of NJ Division of Taxation
PO Box 046
Trenton, NJ 08646-0046

Registered Mail # RF607685292US
Return Receipt: 9590940277482152335474


Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045

Registered Mail # RF607685301US
Return Receipt: 9590940277482152335481


Claudia DONA
Pioneer Credit Recovery, INC
PO Box 1018
Moorestown, NJ
08057

Registered Mail # RF607685315US
Return Receipt: 9590940277482152335498

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*IN RE PUGACH*

23 Misc. 291 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This morning, Khanna Pugach, appearing *pro se*, filed a "motion for cause" in this closed miscellaneous case. Dkt. 7. Much like his earlier submissions, the instant "motion" is difficult to parse; Pugach again appears to be seeking the return of various New Jersey tax liabilities and a lien on debt collectors acting on the state's behalf. As the Court explained in its earlier order, such claims do not fit any of the listed categories of miscellaneous matters, and thus this case cannot proceed under the miscellaneous docket. Dkt. 4.

The Clerk of Court is respectfully directed to terminate any pending motions; this case remains closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 6, 2024
         New York, New York

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, **PAUL A. ENGELMAYER**, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as **United States District Court Judge** under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_(Signature of Appointee)_
**Paul A. Engelmayer**

Subscribed and sworn to (or affirmed) before me this __26th__ day of __September 2011__.

Hon. Loretta A. Preska
Chief Judge, United States District Court
Southern District of New York

Actual abode: (b) (6)
Official station: New York
Date of birth: (b) (6)
Date of Entry on Duty: 9/26/11

---

* Title 28, sec. 456 United States Code as amended.

# Supreme Court of the United States

No. ----- October Term, 1985

I, WILLIAM H. REHNQUIST, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Chief Justice of the United States according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States.

So help me God.

*William H. Rehnquist*

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*Warren E. Burger*