UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE PUGACH*

23 Misc. 291 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Khanna Pugach, appearing *pro se*, has once again filed a "motion for cause" in this closed miscellaneous case. Dkt. 9. As the Court explained in its earlier orders, Dkts. 4, 8, Pugach's claims do not fit any of the listed categories of miscellaneous matters, and thus this case cannot proceed under the miscellaneous docket. Dkt. 4.

If Pugach wishes to press his claims, he must do so in a civil action. The Clerk of Court is directed to terminate all pending motions and to no longer accept filings in this case. *See, e.g.*, Dkt. 7, *Balkanli v. Knatz et al.*, 21 Civ. 5866 (GHW) (S.D.N.Y. Aug. 25, 2021) (directing the Clerk of Court not to accept filings in closed miscellaneous case). This case remains closed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 21, 2024
       New York, New York